**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: November 12, 2025
Docket #: 24-3122
Short Title: Cole v. Foxmar, Inc.

DC Docket #: 2:18-cv-220
DC Court: DISTRICT OF
VERMONT (BURLINGTON)
DC Judge: Trial Judge - Christina
Clair Reiss

## VERIFIED ITEMIZED BILL OF COSTS

Counsel for
Plaintiff-Appellant Thomas Cole
_____

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
Defendant-Appellee Foxmar, Inc.

and in favor of
Plaintiff-Appellant Thomas Cole
_____

for insertion in the mandate.

Docketing Fee     $605

Costs of printing appendix (necessary copies ____6____ )  $2,259.27

Costs of printing brief (necessary copies ____6____ )  $774

Costs of printing reply brief (necessary copies _____ )  _____

**(VERIFICATION HERE)**

I, William J. Pettersen, Esq., counsel for Plaintiff-Appellant affirm under penalty of perjury that these costs are correct to the best of my knowledge and were necessarily incurred and performed.

/s/ William J. Pettersen, Esq.
Signature

# Counsel Press Inc.

**PO Box 25292**

**New York, NY 10087-5292**

**Fed. Tax ID: 47-3380949**

**BILL OF COSTS**

| | | |
|---|---|---|
| **CLIENT:** | **CAPTION:** | **INVOICE No.:** |
| **Pettersen Law, PLLC** | **Cole v. Foxmar, Inc.** | **9176406** |

**ADDRESS:**
1084 East Lakeshore Drive
Colchester, VT 05446 USA

**COURT:**
USCOA - 2ND

**File No.:**
369671

**Attention:** Crystal Weeks, Esq

| ITEMS: | No. of Copies | | No. of Pages | | Unit Costs | | Total | |
|---|---|---|---|---|---|---|---|---|
| **JOINT APPENDIX** | | | | | | | | |
| Cover(s) - 1st Side | 6 | x | 1 | @ | $ | 155.00 | $ | 155.00 |
| Page(s) Table of Contents | | | 3 | @ | $ | 140.00 | $ | 420.00 |
| Reproduction | 6 | x | 269 | @ | $ | 0.766664 | $ | 1,237.40 |
| Numbered Make Ready | | | 269 | @ | $ | 0.35 | $ | 94.15 |
| Hour(s) Paralegal Time | | | 2.25 | @ | $ | 195.00 | $ | 438.75 |
| Electronic File Production and Review | | | 1 | @ | $ | 165.00 | $ | 165.00 |
| File Upload(s) | | | 1 | @ | $ | 55.00 | $ | 55.00 |
| Filing of Documents | | | 1 | @ | $ | 85.00 | $ | 85.00 |
| Shipping & Handling | | | 1 | @ | $ | 52.00 | $ | 52.00 |
| **APPELLANT'S OPENING BRIEF** | | | | | | | $ | - |
| Cover(s) - 1st Side | 6 | x | 1 | @ | $ | 155.00 | $ | 155.00 |
| Reproduction | 6 | x | 31 | @ | $ | 2.9032 | $ | 540.00 |
| Electronic File Production and Review | | | 1 | @ | $ | 165.00 | $ | 165.00 |
| File Upload(s) | | | 1 | @ | $ | 55.00 | $ | 55.00 |

**As a courtesy to client, a 10% discount has been granted on the joint appendix**

| | | |
|---|---|---|
| Sub-Total | $ | 3,617.30 |
| Applicable Sales Tax | | |
| 10% Discount | $ | (356.54) |
| Total | $ | 3,260.76 |
| Payment | $ | (3,260.76) |
| BALANCE DUE | $ | (0.00) |